

07 CV 4817

BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501
(516) 877-2225
Our Ref.: 07-S-001-LS

JUN 0 6 2007

CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATIONAL SUBROGATION SERVICES,
LLC, as subrogee of CHAPPELL GALLERY, LLC,          07 CV _____

       Plaintiff,                              **RULE 7.1 STATEMENT**

  - against -

YELLOW TRANSPORTATION, INC.,

       Defendant.
-----------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

                      **NONE**

Dated: June 4, 2007

                            SIGNATURE OF ATTORNEY
                            LISA A. SCOGNAMILLO