Form 19 - SECRETARY OF STATE - 306

**BADIAK & WILL, LLP**
**ATTN:**

| U.S.SOUTHERN DIST. COURT | NEW YORK COUNTY | STATE OF NEW YORK |
|---|---|---|

---

NATIONAL SUBROGATION SERVICES, LLC   plaintiff
AS SUBROGEE OF CHAPPELL GALLERY, LLC
          - against -

YELLOW TRANSPORTATION, INC.        defendant

Index No. **07 CV 4817**

Date Filed  . . . . . . . . . . . .

Office No. **07-S-001-LS**

Court Date:   / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.   That on the
**15th**  of June, **2007 at  09:15 AM**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
    **SUMMONS AND COMPLAINT**
    **JUDGES RULES**
    **ELECTRONIC FILING INSTRUCTIONS**
UPON: **YELLOW TRANSPORTATION, INC.**
**the DEFENDANT** in this action, by delivering to and leaving with
    **CAROL VOGT  AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of **$40**. That said service was made pursuant to Section 306 of the BCL.

Deponent further describes the person actually served as follows:

SEX: **FEMALE**           COLOR: **WHITE**           HAIR: **BLACK**
APP. AGE: **40**           APP. HT: **5:5**              APP. WT: **140**
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
20th  DAY OF  June, 2007t

BRETT GOLUB
Notary Public, State of New York
No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

. . . . . . . . . . . . . . . . . . . . . . . .
STEVE AVERY
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM42355