NOWELL AMOROSO
KLEIN BIERMAN, P.A.
155 Polifly Road
Hackensack, New Jersey 07601
- and -
140 Broadway
PMB 46028
New York, New York 10005
(201) 343-5001 (t)
(201) 343-5181 (f)
Attorneys for Defendant,
Yellow Transportation, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL SUBROGATION SERVICES, LLC, as subrogee of CHAPPELL GALLERY, LLC<br><br>Plaintiff,<br><br>v.<br><br>YELLOW TRANSPORTATION, INC.<br><br>Defendant. | Case No.: 07 CV 4817<br><br>**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant, Yellow Transportation, Inc., a private (non-governmental) party, certifies that the following are corporate parents, subsidiaries, or affiliate of Defendant.

KC-1517342-1

See attached listing.

          Respectfully submitted,

          NOWELL AMOROSO KLEIN BIERMAN, P.A.

          s/ William D. Bierman
          William D. Bierman, Esq.
          155 Polifly Road
          Hackensack, New Jersey 07601
          - and –
          140 Broadway
          PMB 46028
          New York, New York 10005
          Telephone:    (201) 343-5001
          Facsimile:    (201) 343-5181
          E-mail: wbierman@nakblaw.com
          Attorneys for Defendant,
          Yellow Transportation, Inc.

## YELLOW ROADWAY CORPORATION AND SUBSIDIARIES

Yellow Roadway Corporation

Yellow Transportation, Inc.

YRC Mortgages, LLC.

Yellow Roadway Receivables Funding Corporation

YRC International Investments, Inc.

Yellow Roadway Technologies, Inc.

YRC Enterprise Services, Inc.

OPK Insurance Co. Ltd.

Roadway LLC.

Express Lane Service, Inc.

YRC Yellow, LLC.

Mission Supply Company

Yellow Relocation Services, Inc.

YGPS (EU) Limited

Meridian IQ, Inc.

Roadway Express, Inc. (US)

Integres Global Logistics, Inc.

Roadway Next Day Corporation

Yellow Transportation of Ontario, Inc.

Yellow Transportation of British Columbia, Inc.

YRC Transportation S.A. de C.V.

GPS Logistics (EU) Limited

Meridian IQ LA, S.R.L.

M.O. LLC.

Roadway Express International, Inc.

Roadway Express S.A. de C.V. (Mexico)

Reiner Finance, LP.

New Penn Motor Express, Inc.

YRC Services, S. de R.L. de C.V.

Meridian IQ (UK) Limited

Globe.Com Lines, Inc.

Transcontinental Lease S de R.L. de C.V.

Meridian IQ, B.V. REN

Reiner Express Lines, Ltd. (Canada)

Roadway Reverse Logistics, Inc.