## BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

ROMAN BADIAK
ALFRED J. WILL
PATRICK J. CORBETT
JAMES P. KRAUZLIS
LISA ANN SCOGNAMILLO

120 BROADWAY, SUITE 1040
NEW YORK, NY 10271-1040

TELEPHONE: (212) 376-6767
TELEFAX: (212) 376-6777/6778
E-MAIL: admiralaw@aol.com

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

JOHN D. KALLEN

July 25, 2007

### VIA TELEFAX AND ECF - 212-805-6382

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: National Subrogation Services v. Yellow Transportation
Index No.: 07 CV 4817 (VM)
Our Ref.: 07-S-001-LS

Dear Judge Marrero:

We represent the plaintiff in the above captioned matter.

We are in receipt of the Court's Notice of Initial Conference directing the parties to appear for an Initial Case Management Conference on Friday, July 27, 2007 at 4:30 p.m. We respectfully request that this conference be adjourned to a later date. As noted in our July 23, 2007 correspondence to the Court, the undersigned will be out of town from July 26, 2007 through August 6, 2007.

We thank the Court for its kind attention to this matter.

Respectfully submitted,

BADIAK & WILL, LLP

LISA A. SCOGNAMILLO

LAS/lmw

cc: **VIA TELEFAX AND ECF 201-343-5181**
Nowell Amoroso Klein Bierman, P.A.
Attorneys for Defendant
Yellow Transportation, Inc.
155 Polifly Road
Hackensack, New Jersey 07601

And

Nowell Amoroso Klein Bierman, P.A.
140 Broadway
PMB 46028
New York, New York 10005

Attn: William D. Bierman

**VIA TELEFAX AND ECF 816-983-8080**
Blackwell Sanders, LLP
Attorney for Defendant
Yellow Transportation, Inc.
4801 Main Street, Suite 1000
Kansas City, MO 64112

Attn: Kenneth Hoffman, Esq.