# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

ROMAN BADIAK
ALFRED J. WILL
JAMES P. KRAUZLIS
LISA ANN SCOGNAMILLO

106 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

JOHN D. KALLEN

July 27, 2007 (Correct date)

**VIA TELEFAX AND ECF 201-343-5181**
Nowell Amoroso Klein Bierman, P.A.
Attorneys for Defendant
Yellow Transportation, Inc.
155 Polifly Road
Hackensack, New Jersey 07601

Attn: Tom Martin, Esqs.

And

Nowell Amoroso Klein Bierman, P.A.
140 Broadway
PMB 46028
New York, New York 10005

Attn: William D. Bierman

RE: National Subrogation Services v. Yellow Transportation
Index No.: 07 CV 4817 (VM)
Our Ref.: 07-S-001-LS

Dear Counsel:

Please be advised that the Initial Case Management Conference has been adjourned to **August 9, 2007 at 10:15 a.m.**

Thank you for your cooperation in connection with this matter.

Very truly yours,

BADIAK & WILL, LLP

LISA A. SCOGNAMILLO

LAS/lmw

cc: **VIA TELEFAX AND ECF - 212-805-6382**
Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**VIA TELEFAX AND ECF 816-983-8080**
Blackwell Sanders, LLP
Attorney for Defendant
Yellow Transportation, Inc.
4801 Main Street, Suite 1000
Kansas City, MO 64112

Attn: Kenneth Hoffman, Esq.