# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

ROMAN BADIAK
ALFRED J. WILL
PATRICK J. CORBETT
JAMES P. KRAUZLIS
LISA ANN SCOGNAMILLO

120 BROADWAY, SUITE 1040
NEW YORK, NY 10271-1040

TELEPHONE: (212) 376-6767
TELEFAX: (212) 376-6777/6778
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

JOHN D. KALLEN

July 25, 2007

**VIA TELEFAX AND ECF - 212-805-6382**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7-26-07

RE: National Subrogation Services v. Yellow Transportation
Index No.: 07 CV 4817 (VM)
Our Ref.: 07-S-001-LS

Dear Judge Marrero:

We represent the plaintiff in the above captioned matter.

We are in receipt of the Court's Notice of Initial Conference directing the parties to appear for an Initial Case Management Conference on Friday, July 27, 2007 at 4:30 p.m. We respectfully request that this conference be adjourned to a later date. As noted in our July 23, 2007 correspondence to the Court, the undersigned will be out of town from July 26, 2007 through August 6, 2007.

We thank the Court for its kind attention to this matter.

Respectfully submitted,

BADIAK & WILL, LLP

LISA A. SCOGNAMILLO

LAS/lmw

> Request GRANTED. The initial conference herein is rescheduled to 8-9-07 at 10:15 a.m.
>
> SO ORDERED.
>
> 7-26-07
> DATE        VICTOR MARRERO, U.S.D.J.