# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

ROMAN BADIAK
ALFRED J. WILL
JAMES P. KRAUZLIS
LISA ANN SCOGNAMILLO

106 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

JOHN D. KALLEN

August 29, 2007

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: National Subrogation Services v. Yellow Transportation
Index No.: 07 CV 4817 (VM)
Our Ref.: 07-S-001-LS

Dear Honorable Judge Marrero:

We represent the plaintiff in the above-referenced matter.

At the August 24, 2007 conference held in this matter, the Court scheduled another conference for September 7, 2007 and directed that principals of each party appear.

We write to request advices from the Court as to whether a principal of the plaintiff insurer must appear if counsel has full authority to settle this matter.

We thank the Court for its guidance.

Very truly yours,

BADIAK & WILL, LLP

LISA ANN SCOGNAMILLO

LAS/kl

cc:    Nowell Amoroso Klein Bierman, P.A.
155 Polifly Road
Hackensack, New Jersey 07601    **VIA FACSIMILE AND ECF-201-343-5181**
Attn:  Tom Martin, Esqs.

    and

Nowell Amoroso Klein Bierman, P.A.
140 Broadway
New York, New York 10005
Attn:  Willaim D. Bierman

Blackwell Sanders, LLP
4801 Main Street,. Suite 1000    **VIA FACSIMILE AND ECF-816-983-8080**
Kansas City, MO 64112
Attn:  Kenneth Hoffman, Esq.