# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

ROMAN BADIAK
ALFRED J. WILL
JAMES P. KRAUZLIS
LISA ANN SCOGNAMILLO

106 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

JOHN D. KALLEN



August 29, 2007

**VIA FAX & ECF-212-805-6382**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:    National Subrogation Services v. Yellow Transportation
        Index No.: 07 CV 4817 (VM)
        Our Ref.: 07-S-001-LS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-07

Dear Honorable Judge Marrero:

We represent the plaintiff in the above-referenced matter.

At the August 24, 2007 conference held in this matter, the Court scheduled another conference for September 7, 2007 and directed that principals of each party appear.

We write to request advices from the Court as to whether a principal of the plaintiff insurer must appear if counsel has full authority to settle this matter.

We thank the Court for its guidance.

Very truly yours,

BADIAK & WILL, LLP

LISA ANN SCOGNAMILLO

Request DENIED. If at the Court's view that the conference would be more conducive to settlement if principals from both sides are present.

**SO ORDERED:**

9-4-07
DATE    VICTOR MARRERO, U.S.D.J.