# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

ROMAN BADIAK
ALFRED J. WILL
JAMES P. KRAUZLIS
LISA ANN SCOGNAMILLO

106 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

JOHN D. KALLEN

September 7, 2007

### VIA FACSIMILE AND ECF 212-805-6382

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  National Subrogation Services v. Yellow Transportation
     Index No.: 07 CV 4817
     Our Ref.: 07-S-001-LS

Dear Honorable Judge Marrero:

We represent the plaintiff in the above-referenced matter.

We are pleased to inform the Court that this matter has been amicably settled by the parties, and thus there is no need to proceed with this afternoon's conference scheduled for 3 p.m. We will follow-up with a Stipulation of Discontinuance shortly.

We thank the Court for its time and for being instrumental in facilitating a settlement.

Very truly yours,

BADIAK & WILL, LLP

LISA ANN SCOGNAMILLO

cc:  Nowell Amoroso Klein Bierman, P.A.
     155 Polifly Road
     Hackensack, New Jersey 07601
     Attn.: Thomas C. Martin, Esq.

**VIA FACSIMILE AND ECF-201-343-5181**

and

Nowell Amoroso Klein Bierman, P.A.
140 Broadway
New York, New York 10005
Attn.: William Bierman, Esq.

Blackwell Sanders, LLP           **VIA FACSIMILE AND ECF-816-983-8080**
4801 Main Street, Suite 1000
Kansas City, MO 64112
Attn.: Kenneth Hoffman, Esq.