# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

ROMAN BADIAK
ALFRED J. WILL
JAMES P. KRAUZLIS
LISA ANN SCOGNAMILLO

106 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

JOHN D. KALLEN

October 1, 2007

**VIA FACSIMILE & ECF-212-805-6382**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  National Subrogation Services v. Yellow Transportation
     Index No.: 07 CV 4817 (VM)
     Our Ref.: 07-S-001-LS

Dear Honorable Judge Marrero:

We represent plaintiff in the above-captioned matter, which has been settled by the parties.

On September 7, 2007, the Court issued a Conditional Order of Dismissal directing the parties to submit a Stipulation of Dismissal within thirty (30) days.

We hereby respectfully request that the Court's order be extended for an additional thirty (30) days while we await receipt of settlement funds. Counsel for defendant has no objection to our request.

We thank the Court for its kind attention to this matter.

Very truly yours,

BADIAK & WILL, LLP

LISA ANN SCOGNAMILLO

LAS/kl
Enc.

cc:  Nowell Amoroso Klein Bierman, P.A.
155 Polifly Road
Hackensack, New Jersey 07601    **VIA FACSIMILE AND ECF-201-343-5181**
Attn:  Tom Martin, Esq.

and

Nowell Amoroso Klein Bierman, P.A.
140 Broadway
New York, New York 10005
Attn:  Willaim D. Bierman

Blackwell Sanders, LLP
4801 Main Street,. Suite 1000    **VIA FACSIMILE AND ECF-816-983-8080**
Kansas City, MO 64112
Attn:  Kenneth Hoffman, Esq.