# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

106 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160



October 15, 2007

**VIA TELEFAX AND ECF - 212-805-6382**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   National Subrogation Services v. Yellow Transportation
      Index No.: 07 CV 4817 (VM)
      Badiak Ref.: 07-S-001-LS

Dear Judge Marrero:

    We represent the plaintiff in the above-referenced matter.

    As this matter has been settled and settlement funds received, we hereby file a Stipulation of Dismissal signed by counsel for all parties for Your Honor's signature.

    We thank the Court for its kind attention to this matter.

                             Respectfully submitted,

                             BADIAK & WILL, LLP

                             LISA A. SCOGNAMILLO (7706)

LAS/lmw
Enc.

cc:  **VIA TELEFAX AND ECF 201-343-5181**
Attn: Tom Martin, Esqs.
Nowell Amoroso Klein Bierman, P.A.
Attorneys for Defendant
Yellow Transportation, Inc.
155 Polifly Road
Hackensack, New Jersey 07601

    And

Nowell Amoroso Klein Bierman, P.A.
140 Broadway
PMB 46028
New York, New York 10005

Attn: William D. Bierman/Thomas Martin


**VIA TELEFAX AND ECF 816-983-8080**
Blackwell Sanders, LLP
Attorney for Defendant
Yellow Transportation, Inc.
4801 Main Street, Suite 1000
Kansas City, MO 64112

Attn: Kenneth Hoffman, Esq.

BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-S-001-LS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATIONAL SUBROGATION SERVICES, LLC,   07 CV 4817 (VM)
as subrogee of CHAPPELL GALLERY, LLC,   (Maas, Magistrate Judge)

                Plaintiff,   **STIPULATION OF**
                                        **DISMISSAL**

   -against-

YELLOW TRANSPORTATION INC.,

                Defendant.
------------------------------------------------------------X

       PLEASE TAKE NOTICE, that it is hereby stipulated and agreed by and between the parties that this matter, having been settled, is hereby discontinued and dismissed without costs and with prejudice.

DATED:     New York, New York
               September __15__, 2007
               *October*

                                                         BADIAK & WILL, LLP
                                                         Attorneys for Plaintiff

                                                   By:_____
                                                      LISA ANN SCOGNAMILLO
                                                      106 Third Street
                                                      Mineola, New York 11501-4404
                                                      (516) 877-2225
                                                      Our Ref.: 07-S-001-LS

NOWELL, AMOROSO, KLIEN,
BIERMAN, P.A.
Attorneys for Defendant

By: *[signature]* Thomas C. Martin
THOMAS C. MARTIN
155 Polifly Road
Hackensack, New Jersey 07601

**SO ORDERED**:

_____
HONORALBE VICTOR MARRERO
      U.S.D.J.