BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-S-001-LS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATIONAL SUBROGATION SERVICES, LLC,     07 CV 4817 (VM)
as subrogee of CHAPPELL GALLERY, LLC,     (Maas, Magistrate Judge)

                           Plaintiff,         **STIPULATION OF**
                                              **DISMISSAL**

-against-

YELLOW TRANSPORTATION INC.,

                           Defendant.
------------------------------------------------------------X

       PLEASE TAKE NOTICE, that it is hereby stipulated and agreed by and between

the parties that this matter, having been settled, is hereby discontinued and dismissed

without costs and with prejudice.

DATED:    New York, New York
              September _15_, 2007
              October

                                                    BADIAK & WILL, LLP
                                                    Attorneys for Plaintiff

                                                    By: _____
                                                        LISA ANN SCOGNAMILLO
                                                    106 Third Street
                                                   Mineola, New York 11501-4404
                                                   (516) 877-2225
                                                   Our Ref.: 07-S-001-LS

NOWELL, AMOROSO, KLIEN,
BIERMAN, P.A.
Attorneys for Defendant

By: *Thomas C. Martin*
THOMAS C. MARTIN
155 Polifly Road
Hackensack, New Jersey 07601

SO ORDERED: 15 October 07

_____
HONORALBE VICTOR MARRERO
    U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-15-07
```